# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee



**FILED**
SEP 24 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

United States of America
v.

MICHAEL ALLEN HILL
*Defendant*

Case No. 3:20-MJ-1143

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MICHAEL ALLEN HILL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Combine, conspire, confederate, and agree with others to knowingly, intentionally and without authority, distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and 50 grams or more of methamphetamine, a Schedule II controlled substance.

Date: 09/24/2020

*Issuing officer's signature*

City and state: Knoxville, Tennessee

Debra C. Poplin, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 09-24-20, and the person was arrested on *(date)* 09-24-20
at *(city and state)* KNOXVILLE, TN.

Date: 09-24-20

*Arresting officer's signature*

TFO JEREMIAH JOHNSON
*Printed name and title*